UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sean A. Moore                                                   Docket No. 5:02-CR-253-1BO

**Petition for Action on Supervised Release**

COMES NOW C. Lee Meeks, Jr., U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sean A. Moore, who, upon an earlier plea of guilty to Possession With the Intent to Distribute Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), and Possession of a Firearm in Furtherance of a Drug-Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 17, 2003, to the custody of the Bureau of Prisons for a term of 195 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On July 21, 2009, the imprisonment term was reduced to 180 months.

Sean A Moore was released from custody on September 18, 2015, at which time the term of supervised release commenced.

On December 18, 2017, the court approved a Violation Report agreeing to take no action as the result of the defendant submitting a positive drug test.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On December 21, 2017, the defendant submitted to urinalysis that returned positive for marijuana. When confronted with the drug test results, the defendant admitted to the violation. On April 30, 2018, the defendant admitted during an office contact that he used marijuana on or about April 20, 2018. The defendant reported he has been experiencing issues without immediate family for support and choosing to associate with negative friends.

As noted in the previous violation report, Moore completed substance abuse treatment in August 2017. The defendant has been working in Wake County and has requested to relocate his residence to the Raleigh area. As a result of the positive drug tests, Moore was reprimanded for his conduct and will be referred for additional substance abuse counseling. Additionally, the defendant will be enrolled in the Surprise Urinalysis Program. As a sanction for the violation, the probation officer respectfully recommends the conditions of supervised release be modified to include 24 hours of community service.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office and if referred for placement and monitoring by the State of North Carolina, pay the required fee.

Except as herein modified, the judgment shall remain in full force and effect.

Sean A. Moore
Docket No. 5:02-CR-253-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ C. Lee Meeks, Jr.
C. Lee Meeks, Jr.
U.S. Probation Officer
200 Williamsburg Pkwy, Unit 2
Jacksonville, NC 28546-6762
Phone: 910-346-5105
Executed On: May 17, 2018

## ORDER OF THE COURT

Considered and ordered this 17 day of May, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge