UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Sean A Moore                                        Docket No. 5:02-CR-253-1BO

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Sean A Moore, who, upon an earlier plea of guilty to Possession With Intent to Distribute Cocaine Base (Crack) and Possession of Firearms in the Furtherance of a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 17, 2003, to the custody of the Bureau of Prisons for a term of 195 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On July 21, 2009, the term of imprisonment was reduced to 180 months.

Sean A Moore was released from custody on September 18, 2015, at which time the term of supervised release commenced. On December 18, 2017, a Violation Report was filed advising the defendant tested positive for marijuana. Because Moore had completed substance abuse counseling, no further court action was recommended. On May 17, 2018, a Petition for Action was filed advising the defendant tested positive for marijuana and admitted to using marijuana on another occasion. The defendant was referred for substance abuse counseling, was enrolled in the Surprise Urinalysis Program (SUP), and was ordered to complete 24 hours of community service.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 30, 2018, the defendant tested positive for marijuana. He admitted to his drug use, and signed an Admission of Use Form. Based on the defendant's continued drug use, a 45-day period of Location Monitoring (Curfew) is recommended. As an intervention method, Moore has also been recommended for continued substance abuse counseling. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 45 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Sean A Moore
Docket No. 5:02-CR-253-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Michael C. Brittain
Michael C. Brittain
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Timothy L. Gupton
Timothy L. Gupton
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Executed On: August 13, 2018

**ORDER OF THE COURT**

Considered and ordered this __15__ day of __August__, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge